1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VIHY BOHRA,                              No.  2:21-cv-1818 KJM KJN P

12                   Petitioner,

13          v.                                ORDER

14   PAUL THOMPSON, et al.

15                   Respondents.

16

17          Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas

18   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 11, 2022, the magistrate judge filed findings and recommendations, which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Neither party filed

23   objections to the findings and recommendations.

24          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26   de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27   by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28   /////

                                                    1

1    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis and will, therefore, adopt them in full.  As the

3    magistrate judge correctly noted, petitioner is not precluded from filing a new petition for relief

4    "[o]nce the BOP applies First Step Act credits or fails to properly apply such credits."  ECF No. 10

5    at 5.

6          Accordingly, IT IS HEREBY ORDERED that:

7          1.  The findings and recommendations filed February 11, 2022, are adopted in full.

8          2.  Respondent's motion to dismiss (ECF No. 8) is granted on the grounds that

9    petitioner's claim is not ripe.

10         3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

11   § 2253.

12         4.  The clerk of court is directed to close this case.

13   DATED:  June 21, 2022.

14

15   _____

16   CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28